UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SILVESTRE MAYO,

                        Plaintiff,

            - against -

LIBERTY ASHES, INC., and MICHAEL BELLINO,
STEPHEN BELLINO and FRANCESCO BELLINO,
individually,

                      Defendants.
------------------------------------------------------------------- X

Case No.: 15 Civ. 6681 (MKB) (VMS)

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

**PLEASE TAKE NOTICE** that Plaintiff Silvestre Mayo, by and through his attorneys, Shulman Kessler LLP, hereby voluntarily dismisses the above entitled action, against Defendants Liberty Ashes, Inc., and Michael Bellino, Stephen Bellino, and Francesco Bellino, individually, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: Melville, New York
       February 24, 2016

Respectfully submitted,

SHULMAN KESSLER LLP

By:    */s/ Garrett Kaske*
      Troy L. Kessler
      Marijana Matura
      Garrett Kaske
*Attorneys for Plaintiff*
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100